DANIEL J. SCHACHT, #259717
dschacht@donahue.com
NOAH R. DRAKE, #313596
ndrake@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone:  (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Defendants
MICKEY HART and 360º PRODUCTIONS

ROY S. GORDET, #103916
roy@copyrightdirection.com
235 Westlake Center #452
Daly City, California 94015
Telephone:  (650) 757-6147
Facsimile:  (650) 735-3380

Attorney for Plaintiff
PLANET DRUM FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET DRUM FOUNDATION, a California nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICKEY HART aka MICHAEL STEVEN HART, an individual; 360º PRODUCTIONS, a California corporation also dba 360º PRODUCTIONS, INC. also dba 360 DEGREES PRODUCTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 17-cv-02676-JCS<br><br><br><br><br>Stipulation of Dismissal<br><br>FED. R. CIV. PROC. 41(a)(1)(A)(ii) |

STIPULATION OF DISMISSAL PURSUANT TO

FED. R. CIV. PROC. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Planet Drum Foundation. and defendants Mickey Hart and 360º Productions, through their respective undersigned counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice and without costs or fees to any of the parties.

Dated: December 22, 2017     DONAHUE FITZGERALD LLP

By: /s/ Daniel J. Schacht
   Daniel J. Schacht
   Attorneys for Defendants MICKEY HART and
   360º PRODUCTIONS

Dated: December 22, 2017     LAW OFFICE OF ROY S. GORDET

By: /s/ Roy S. Gordet
   Roy S. Gordet
   Attorneys for Plaintiff PLANET DRUM
   FOUNDATION

Dated: 12/28/17



GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA